PAMELA PHILLIPS (No. 87581)
Email: pphillips@howardrice.com
JONATHAN W. HUGHES (No. 186829)
Email: jhughes@howardrice.com
DIANA D. DIGENNARO (No. 248471)
Email: ddigennaro@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Defendant
ARNOLD & PORTER LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HELLER EHRMAN LLP,<br><br>          Liquidating Debtor. | Chapter 11<br><br>No. 08-32514 DM<br><br>Adv. Proc. No. 10-03203<br><br>Action Filed: November 30, 2010 |
| HELLER EHRMAN LLP, Liquidating Debtor,<br><br>          Plaintiff,<br>v.<br><br>ARNOLD & PORTER, LLP,<br><br>          Defendant. | **DEFENDANT ARNOLD & PORTER LLP'S MOTION TO DISMISS ALL CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012**<br><br>Date: March 31, 2011<br>Time: 1:30 p.m.<br>Courtroom: 22<br>Judge: Hon. Dennis Montali<br><br>Trial Date: None Set |

# MOTION TO DISMISS

Defendant Arnold & Porter LLP in the above-captioned adversary proceeding, will and hereby does move pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 12(b)(6) of the Federal Rules of Civil Procedure) for an Order dismissing all of plaintiff's claims.

Dismissal of all claims is appropriate because Heller Ehrman LLP's organizational structure precludes the application of the Unfinished Business Rule upon which plaintiff relies for all of its claims. Those claims are based on the erroneous assumption that the shareholders owed partnership duties to the debtor, Heller Ehrman LLP, and the equally erroneous assumption that the professional corporations (which actually were partners of Heller Ehrman LLP) had any interest in or right to profits from client matters. Because both of those assumptions are wrong as a matter of law, all four of plaintiff's claims fail. With or without the "Jewel Waiver," Heller Ehrman LLP could never have recovered unfinished business profits from the shareholders and/or professional corporations. The intentional fraudulent transfer claims (the First and Third Claims for Relief) must be dismissed for additional and independent reasons: the Complaint contains virtually no factual allegations to support those claims, it impermissibly rests on legal conclusions, and its theories do not pass the "plausibility" standard recently imposed by the United States Supreme Court.

The Motion is based on this Motion, the accompanying Notice of Hearing, Memorandum of Points and Authorities, Request for Judicial Notice and Declaration of

Jonathan W. Hughes in support of the Request for Judicial Notice, the record of this case and any evidence or argument presented to the Court prior to its ruling on the Motion.

DATED: February 18, 2011.

>Respectfully,
>
>PAMELA PHILLIPS
>JONATHAN W. HUGHES
>DIANA D. DIGENNARO
>HOWARD RICE NEMEROVSKI CANADY
>    FALK & RABKIN
>A Professional Corporation
>
>By: _____/s/Pamela Phillips_____
>           PAMELA PHILLIPS
>
>Attorneys for Defendant ARNOLD & PORTER LLP